BRYAN SCHRODER
United States Attorney

KELLY CAVANAUGH
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: kelly.cavanaugh@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:19-cr-00074-TMB-MMS |
|---|---|---|
| Plaintiff, | ) ) | COUNT 1: |
| vs. | ) ) ) | ILLEGAL RE-ENTRY Vio. of 8 U.S.C. § 1326(a) and (b)(1) |
| CESAR GARCIA-VARGAS, | ) ) | |
| Defendant. | ) ) | |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

On or about November 16, 2018, within the District of Alaska, the defendant, CESAR GARCIA-VARGAS, an alien, entered and was found in the

United States after having been excluded, deported, and removed therefrom on or about June 6, 2001, at or near Los Angeles, California, subsequent to a felony conviction and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

All of which is in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

A TRUE BILL.

<pre>                                        s/ Grand Jury Foreperson
                                        GRAND JURY FOREPERSON</pre>

s/ Kelly Cavanaugh
KELLY CAVANAUGH
United States of America
Assistant U.S. Attorney


s/ Bryan Schroder
BRYAN SCHRODER
United States of America
United States Attorney


DATE: 07/16/2019